IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED

DEC - 6 2022

CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

MA KATRINA C. GUNDAYAO

Case No. 2:22mj265
Court Date: December 21, 2022

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)- Violation Notice No. E1547111

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 17, 2022, at the Navy Exchange at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, MA KATRINA C. GUNDAYAO, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

### COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 17, 2022, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, MA KATRINA C. GUNDAYAO, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

### COUNT THREE
(Misdemeanor)- Violation Notice No. E1547024

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 31, 2022, at the Navy Exchange at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, MA KATRINA C. GUNDAYAO, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

## COUNT FOUR
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 31, 2022, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, MA KATRINA C. GUNDAYAO, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: /s/ James J. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

30 November 2022
Date